# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-000377-CV

**The City of Leander; Kent Cagle, Individually and in his Official Capacity as City Manager of the City of Leander; and Thomas Yantis, Individually and in his Official Capacity as Assistant City Manager and Planning Director for the City of Leander, Appellants**

**v.**

**Premas Global Leander I, LLC, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 15-0088-C277, HONORABLE STACEY MATHEWS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The appellee has filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Agreed Motion

Filed:   September 18, 2015